UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

TONY A. HAWKINS,
        *Petitioner-Appellant,*

v.                                              No. 01-7727

EARNEST R. SUTTON, Superintendent,
        *Respondent-Appellee.*

Appeal from the United States District Court
for the Western District of North Carolina, at Statesville.
Graham C. Mullen, Chief District Judge.
(CA-01-161-5-2-MU)

Submitted: April 29, 2002

Decided: May 31, 2002

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Vacated and remanded by unpublished per curiam opinion.

---

**COUNSEL**

Tony A. Hawkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Tony Hawkins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). For the reasons set forth below, we vacate and remand for further proceedings.

The district court, acting sua sponte, determined from the face of Hawkins' petition that his claims were barred by the one-year limitations period set forth in 28 U.S.C.A. § 2244(d) (West Supp. 2001), and dismissed the action without giving Hawkins notice or an opportunity to respond. Our recent decision in *Hill v. Braxton*, 277 F.3d 701 (4th Cir. 2002), now requires the district court to provide such a warning "unless it is indisputably clear from the materials presented to the district court that the petition is untimely and cannot be salvaged by equitable tolling principles or any of the circumstances enumerated in § 2244(d)(1)." *Id.* at 707.

Because it is not "indisputably clear" that Hawkins cannot salvage his petition, inasmuch as the relevant dates of his various state court proceedings do not appear in the record, we grant a certificate of appealability, vacate the district court's order, and remand to the district court to provide Hawkins with the notice and opportunity to respond to which he is now entitled pursuant to *Hill*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*